UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>REVOLATE HOLDINGS LLC, et al.,<br>    Debtor | Chapter 7<br>Case No: 13-13110 (CGM)<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE** |
| CLOVER CANYON, INC., a California Corporation formerly known as R.N'OVATE, INC.<br><br>            Plaintiff,<br><br>    -against-<br><br>GREGORY M. MESSER, an individual; GARY F. HERBST, an individual; ADAM P. WOFSE, an individual; SCOTT G. FLEISHER, an individual, and LAMONICA HERBST & MANISCALCO, LLP, a limited liability partnership,<br><br>            Defendants. | |

To the Clerk of Court and all parties of record:

Please take notice that the undersigned hereby appears as counsel of record for named Defendant GREGORY M. MESSER in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: White Plains, New York
       April 9, 2015

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                BY: _____
                    Steven L. Young
                    Attorney for Defendant

5466076v.1

GREGORY M. MESSER
1133 Westchester Avenue
White Plains, New York 10604-3407
(914) 323-7000
File No. 01593.00853

To: **TOWLE DENISON SMITH & MANISCALCO LLP**
Charles G. Smith, Esq.
Attorneys for Clover Canyon, Inc.
f/k/a R.N'Ovate, Inc.
10866 Wilshire Blvd., Suite 600
Los Angeles, CA 90024
(310) 446-5445

5466076v.1